UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>          Plaintiffs,<br><br>   v.<br><br>CHS McPHERSON REFINERY, INC. (F/K/A NATIONAL COOPERATIVE REFINERY ASSOCIATION)<br><br>         Defendant. | CIVIL ACTION NO.<br><br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' COMPLAINT

Plaintiffs, Energy Intelligence Group, Inc. ("EIG") and Energy Intelligence Group (UK) Limited ("EIG UK") (collectively, "Plaintiffs"), by and through its undersigned counsel, alleges the following for its complaint against Defendant, CHS McPherson Refinery, Inc. ("Defendant"), based on personal knowledge and on information and belief as appropriate:

## INTRODUCTION

1.      Plaintiffs bring this action against Defendant under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act") for, among other things, willful infringement of Plaintiffs' registered copyrights.

## THE PARTIES

2.      Plaintiff EIG is a Delaware corporation with a principal place of business located at 5 East 37th Street, New York, NY 10016-2807.

3.        Plaintiff EIG UK is a United Kingdom limited company with a principal place of business located at Interpark House, 7 Down Street, London, W1J 7AJ United Kingdom.

4.        Upon information and belief, Defendant is a cooperative organized and existing under the Kansas Cooperative Marketing Act, with its principal place of business at 2000 S. Main St., McPherson, KS 67460.  Upon information and belief, Defendant was known as the National Cooperative Refinery Association prior to September 1, 2015.


## JURISDICTION AND VENUE

5.        This Court has jurisdiction over the subject matter of this dispute pursuant to Section 501, *et seq.* of the Copyright Act and 28 U.S.C. §§ 1331 and 1338(a).

6.        This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant's principal place of business is located in McPherson, Kansas and Defendant is registered to do business in, and is doing business in the State of Kansas and in this District. Furthermore, upon information and belief, many of the acts of infringement alleged in this Complaint occurred within the District of Kansas.

7.        Venue is proper in the District of Kansas pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

## FACTS

**A.        Plaintiffs' Publications**

8.        Plaintiffs have been engaged in publishing newsletters and other publications for the highly-specialized global energy industry for over six decades.  In particular, Plaintiffs have published the daily newsletter *Oil Daily* ("OD") since at least as early as 1951.

9.      The audience for Plaintiffs' publications, including OD, consists of individuals with an interest in the oil and gas industries, including consultants, bankers, investors, stock market analysts, traders, commodity analysts, and others who follow these industries or sell goods and services to those in or following these industries.  A representative example of an issue of OD, specifically the March 27, 2015 issue of OD (the "March 27, 2015 OD Copyrighted Work") is attached hereto as Exhibit A.

10.     Plaintiffs' focus is on providing original, high-quality articles and analysis relating to the energy industry.  Plaintiffs have invested significant time and resources to develop their publications and services, including OD.

11.     Plaintiffs' publications do not feature or have any advertisements or sponsors and therefore, are highly dependent on paid subscriptions to sustain the viability of its publications.

12.     Plaintiffs maintain an experienced and knowledgeable editorial staff of approximately sixty (60) reporters, editors, and analysts at seven (7) editorial bureaus located in New York, Washington, D.C., Houston, London, Moscow, Dubai, and Singapore.

13.     The original content and analysis created by Plaintiffs and included in OD and its other original publications are valuable assets.  Plaintiffs also publish other original publications in addition to OD, including, but not limited to:

EI Finance;
EI New Energy;
EI New Energy Data Source;
Energy Compass;
Energy Intelligence Briefing;
International Oil Daily;
Jet Fuel Intelligence;
LNG Intelligence;
Natural Gas Week;
Natural Gas Week Data Source;
Nefte Compass;
Nefte Compass Data Source;

NGW's Gas Market Reconnaissance;
Nuclear Intelligence Weekly;
Oil Market Intelligence;
Oil Market Intelligence Data Source;
Petroleum Intelligence Weekly;
Petroleum Intelligence Weekly Data Source;
World Gas Intelligence; and
World Gas Intelligence Data Source.

14.     Plaintiffs have developed an invaluable reputation for its extremely high standards and the reliability of the content of all of its publications, including OD.

15.     In order for third parties to benefit from Plaintiffs' analytical and creative content contained in OD and its other publications, Plaintiffs require interested parties to purchase subscriptions to receive the valuable information contained therein.

16.     Interested parties have various subscription options depending on their respective needs.  Subscribers typically obtain OD and Plaintiffs' other publications by email and/or from Plaintiffs' website, which permits password-protected access to current and/or archived issues, pursuant to a subscription or license agreement.

17.     Interested parties that do not maintain a subscription or license agreement may also purchase individual articles appearing in OD and Plaintiffs' other publications, as well as archived articles, from Plaintiffs using Plaintiffs' pay-per-article service.  The license fee per article, per copy, for the OD publication is $9.00.  The license fee for this pay-per-article service is multiplied by the number of copies of the requested article to calculate the total licensing fee.

18.     Interested parties that do not maintain a subscription or license agreement may also purchase individual issues of OD and others of Plaintiffs' publications, as well as archived issues, from Plaintiffs using Plaintiffs' pay-per-issue service.  The license fee per issue, per copy, for the OD publication is $95.00.  The license fee for this pay-per-issue service is multiplied by the number of copies of the requested issue to calculate the total licensing fee.

**B.** **Plaintiffs' Copyrights and Notices**

19.     Plaintiffs provide copyright notices and warnings on its website, e-mails, articles and

publications, including OD, so that third parties are aware of Plaintiffs' rights in their

publications and works of original authorship (the "Copyright Notice and Warnings").  As a

representative example, the Copyright Notice and Warnings contained in the e-mail transmitting

the March 27, 2015 OD Copyrighted Work state:

> Copyright © 2015 Energy Intelligence Group, Inc.  All rights reserved.
>
> Reproduction or distribution internally or externally in any manner
> (photostatically, electronically, or via facsimile), including by sharing printed
> copies, or forwarding or posting on local- and wide-area networks and intranets,
> or sharing user name and password, is strictly prohibited without appropriate
> license from Energy Intelligence – contact CustomerService@energyintel.com for
> more information.

20.     As an additional representative example, the Copyright Notice and Warnings on the

front cover of the March 27, 2015 OD Copyrighted Work specifically state: "Copyright © 2015

Energy Intelligence Group.  All rights reserved.  Unauthorized access or electronic forwarding,

even for internal use, is prohibited."  Exhibit A, p. 1.

21.     As a further representative example, the Copyright Notice and Warnings contained in

the March 27, 2015 OD Copyrighted Work specifically state:

> COPYRIGHT © 2015 by Energy Intelligence Group, Inc. . . . All rights reserved.
> Access, distribution and reproduction are subject to the terms and conditions of
> the subscription agreement and/or license with Energy Intelligence.  Access,
> distribution, reproduction or electronic forwarding not specifically defined and
> authorized in a valid subscription agreement or license with Energy Intelligence is
> willful copyright infringement.  Additional copies of individual articles may be
> obtained using the pay-per-article feature offered at www.energyintel.com.

Exhibit A, p. 6.

22.     Based upon the representative examples of the Copyright Notice and Warnings,

Plaintiffs are in compliance with the copyright notice requirements set forth in the Copyright

Act, 17 U.S.C. § 401.  Accordingly, Defendant knew or should have known that the March 27,

2015 OD Copyrighted Work and all other issues of OD received by Defendant (hereinafter

collectively referred to as the "OD Copyrighted Works") were protected by U.S. copyright laws.

23.     Having complied with the copyright notice requirements set forth in the Copyright Act,

17 U.S.C. § 401, Plaintiffs have provided Defendant with complete and proper notice of

Plaintiffs' copyrights in the OD Copyrighted Works.

24.     Among other copyright registrations, Plaintiffs are the owners of the following U.S.

Copyright Registrations for the OD Copyrighted Works, attached hereto as Exhibit B:

- No. TX 6-052-767 for Volume 54 covering 22 works published June 2004;
- No. TX 6-052-513 for Volume 54 covering 21 works published July 2004;
- No. TX 6-052-765 for Volume 54 covering 22 works published August 2004;
- No. TX 6-052-758 for Volume 54 covering 21 works published September 2004;
- No. TX 6-052-761 for Volume 54 covering 21 works published October 2004;
- No. TX 6-099-059 for Volume 54 covering 20 works published November 2004;
- No. TX 6-099-058 for Volume 54 covering 21 works published December 2004;
- No. TX 6-152-002 for Volume 55 covering 20 works published January 2005;
- No. TX 6-185-812 for Volume 55 covering 19 works published February 2005;
- No. TX 6-167-638 for Volume 55 covering 22 works published March 2005;
- No. TX 6-176-605 for Volume 55 covering 21 works published April 2005;
- No. TX 6-172-297 for Volume 55 covering 21 works published May 2005;
- No. TX 6-206-684 for Volume 55 covering 22 works published June 2005;
- No. TX 6-206-680 for Volume 55 covering 20 works published July 2005;
- No. TX 6-226-396 for Volume 55 covering 23 works published August 2005;
- No. TX 6-226-407 for Volume 55 covering 21 works published September 2005;
- No. TX 6-257-042 for Volume 55 covering 21 works published October 2005;
- No. TX 6-267-191 for Volume 55 covering 20 works published November 2005;
- No. TX 6-340-912 for Volume 55 covering 21 works published December 2005;
- No. TX 6-286-047 for Volume 56 covering 20 works published January 2006;
- No. TX 6-340-550 for Volume 56 covering 19 works published February 2006;
- No. TX 6-337-677 for Volume 56 covering 23 works published March 2006;
- No. TX 6-782-058 for Volume 56 covering 19 works published April 2006;
- No. TX 6-425-046 for Volume 56 covering 22 works published May 2006;
- No. TX 6-425-037 for Volume 56 covering 22 works published June 2006;
- No. TX 6-431-332 for Volume 56 covering 19 works published July 2006;
- No. TX 6-431-344 for Volume 56 covering 23 works published August 2006;

- No. TX 6-456-925 for Volume 56 covering 20 works published September 2006;
- No. TX 6-508-701 for Volume 56 covering 22 works published October 2006;
- No. TX 6-505-161 for Volume 56 covering 20 works published November 2006;
- No. TX 6-508-675 for Volume 56 covering 20 works published December 2006;
- No. TX 6-550-424 for Volume 57 covering 21 works published January 2007;
- No. TX 6-550-616 for Volume 57 covering 19 works published February 2007;
- No. TX 6-550-614 for Volume 57 covering 22 works published March 2007;
- No. TX 6-587-006 for Volume 57 covering 20 works published April 2007;
- No. TX 6-564-745 for Volume 57 covering 22 works published May 2007;
- No. TX 6-626-689 for Volume 57 covering 21 works published June 2007;
- No. TX 6-626-690 for Volume 57 covering 21 works published July 2007;
- No. TX 6-626-278 for Volume 57 covering 23 works published August 2007;
- No. TX 6-626-280 for Volume 57 covering 19 works published September 2007;
- No. TX 6-648-210 for Volume 57 covering 23 works published October 2007;
- No. TX 6-645-633 for Volume 57 covering 20 works published November 2007;
- No. TX 6-645-632 for Volume 57 covering 20 works published December 2007;
- No. TX 6-646-218 for Volume 58 covering 21 works published January 2008;
- No. TX 6-646-381 for Volume 58 covering 20 works published February 2008;
- No. TX 6-648-380 for Volume 58 covering 20 works published March 2008;
- No. TX 6-647-038 for Volume 58 covering 22 works published April 2008;
- No. TX 6-647-107 for Volume 58 covering 21 works published May 2008;
- No. TX 6-648-007 for Volume 58 covering 21 works published June 2008;
- No. TX 6-662-761 for Volume 58 covering 22 works published July 2008;
- No. TX 6-665-575 for Volume 58 covering 21 works published August 2008;
- No. TX 6-680-142 for Volume 58 covering 21 works published September 2008;
- No. TX 6-662-749 for Volume 58 covering 23 works published October 2008;
- No. TX 6-664-308 for Volume 58 covering 18 works published November 2008;
- No. TX 6-664-309 for Volume 58 covering 22 works published December 2008;
- No. TX 6-647-241 for Volume 59 covering 20 works published January 2009;
- No. TX 6-631-529 for Volume 59 covering 19 works published February 2009;
- No. TX 6-647-244 for Volume 59 covering 22 works published March 2009;
- No. TX 6-665-630 for Volume 59 covering 21 works published April 2009;
- No. TX 6-631-518 for Volume 59 covering 20 works published May 2009;
- No. TX 6-631-525 for Volume 59 covering 22 works published June 2009;
- No. TX 6-685-271 for Volume 59 covering 22 works published July 2009;
- No. TX 6-684-118 for Volume 59 covering 21 works published August 2009;
- No. TX 6-701-938 for Volume 59 covering 21 works published September 2009;
- No. TX 6-701-939 for Volume 59 covering 22 works published October 2009;
- No. TX 6-702-127 for Volume 59 covering 21 works published November 2009;
- No. TX 6-702-124 for Volume 59 covering 22 works published December 2009;
- No. TX 6-701-924 for Volume 60 covering 20 works published January 2010;

- No. TX 6-701-927 for Volume 60 covering 20 works published February 2010;
- No. TX 6-703-824 for Volume 60 covering 23 works published March 2010;
- No. TX 6-703-826 for Volume 60 covering 21 works published April 2010;
- No. TX 6-704-578 for Volume 60 covering 20 works published May 2010;
- No. TX 6-704-734 for Volume 60 covering 22 works published June 2010;
- No. TX 6-705-213 for Volume 60 covering 22 works published July 2010;
- No. TX 6-770-133 for Edition 60 covering 22 works published in August 2010;
- No. TX 6-770-132 for Edition 60 covering 22 works published in September 2010;
- No. TX 6-772-066 for Edition 60 covering 21 works published in October 2010;
- No. TX 6-779-215 for Edition 60 covering 22 works published in November 2010;
- No. TX 6-778-772 for Edition 60 covering 21 works published in December 2010;
- No. TX 6-776-062 for Edition 61 covering 21 works published in January 2011;
- No. TX 6-776-069 for Edition 61 covering 20 works published in February 2011;
- No. TX 6-779-252 for Edition 61 covering 23 works published in March 2011;
- No. TX 6-779-251 for Edition 61 covering 20 works published in April 2011;
- No. TX 6-779-316 for Edition 61 covering 21 works published in May 2011;
- No. TX 6-776-025 for Edition 61 covering 22 works published in June 2011;
- No. TX 6-782-122 for Edition 61 covering 21 works published in July 2011;
- No. TX 6-774-709 for Edition 61 covering 23 works published in August 2011;
- No. TX 6-780-004 for Edition 61 covering 22 works published in September 2011;
- No. TX 6-780-005 for Edition 61 covering 21 works published in October 2011;
- No. TX 6-782-123 for Edition 61 covering 22 works published in November 2011;
- No. TX 6-782-124 for Edition 61 covering 12 works published in December 2011;
- No. TX 6-789-069 for Edition 61 covering 9 works published in December 2011;
- No. TX 6-774-708 for Edition 62 covering 21 works published in January 2012;
- No. TX 6-786-171 for Edition 62 covering 21 works published in February 2012;
- No. TX 6-787-504 for Edition 62 covering 22 works published in March 2012;
- No. TX 6-787-503 for Edition 62 covering 20 works published in April 2012;
- No. TX 6-788-123 for Edition 62 covering 23 works published in May 2012;
- No. TX 6-788-122 for Edition 62 covering 21 works published in June 2012;
- No. TX 6-789-191 for Edition 62 covering 22 works published in July 2012;
- No. TX 6-790-253 for Edition 62 covering 23 works published in August 2012;
- No. TX 6-790-252 for Edition 62 covering 20 works published in September 2012;
- No. TX 6-790-254 for Edition 62 covering 22 works published in October 2012;
- No. TX 6-790-255 for Edition 62 covering 22 works published in November 2012;
- No. TX 7-676-538 for Edition 62 covering 20 works published in December 2012;
- No. TX 7-676-528 for Edition 63 covering 22 works published in January 2013
- No. TX 7-744-517 for Edition 63 covering 20 works published in February 2013;
- No. TX 7-744-541 for Edition 63 covering 20 works published in March 2013;
- No. TX 7-726-260 for Edition 63 covering 22 works published in April 2013;
- No. TX 7-726-259 for Edition 63 covering 23 works published in May 2013;

- No. TX 7-726-232 for Edition 63 covering 20 works published in June 2013;
- No. TX 7-989-393 for Edition 63 covering 23 works published in July 2013;
- No. TX 7-946-126 for Edition 63 covering 22 works published in August 2013;
- No. TX 7-898-912 for Edition 63 covering 21 works published in September 2013;
- No. TX 7-991-979 for Edition 63 covering 23 works published in October 2013;
- No. TX 9-068-878 for Edition 63 covering 21 works published in November 2013;
- No. TX 8-058-300 for Edition 63 covering 21 works published in December 2013;
- No. TX 7-962-816 for Edition 64 covering 22 works published in January 2014;
- No. TX 7-990-336 for Edition 64 covering 20 works published in February 2014;
- No. TX 7-993-575 for Edition 64 covering 21 works published in March 2014;
- No. TX 7-934-103 for Edition 64 covering 21 works published in April 2014;
- No. TX 7-966-215 for Edition 64 covering 21 works published in May 2014;
- No. TX 7-982-542 for Edition 64 covering 21 works published in June 2014;
- No. TX 8-050-420 for Edition 64 covering 23 works published in July 2014 ;
- No. TX 8-086-895 for Edition 64 covering  21 works published in August 2014;
- No. TX 8-029-377 for Edition 64 covering 22 works published in September 2014
- No. TX ------ for Edition 64 covering 23 works published in October 2014 (application pending);
- No. TX 8-060-210 for Edition 64 covering 20 works published in November 2014
- No. TX ------ for Edition 64 covering 22 works published in December 2014 (application pending);
- No. TX 8-051-089 for Edition 65 covering 21 works published in January 2015;
- No. TX ------ for Edition 65 covering 20 works published in February 2015 (application pending);
- No. TX ------ for Edition 65 covering 22 works published in March 2015 (application pending);
- No. TX ------ for Edition 65 covering 21 works published in April 2015 (application pending);
- No. TX ------ for Edition 65 covering 20 works published in May 2015 (application pending);
- No. TX ------ for Edition 65 covering 22 works published in June 2015 (application pending);

## C.  Defendant's Subscription History

25.     From at least as early as 1992 through the present, Defendant has maintained a single-copy subscription to OD.

26.     Defendant received OD by print delivery up until December 2, 1999, at which time Defendant elected to receive its single copy of OD as a PDF attachment to an email.  Throughout the entire subscription period, Defendant designated Galen Menard to receive the OD Copyrighted Works.

27.     Since December 2, 1999 until Defendant's subscription expired on May 15, 2015, Defendant elected to receive the OD Copyrighted Works as a PDF attachment to an email.

28.        From at least as early as 1992 through the present, Plaintiffs transmitted to Defendant an invoice and subscription agreement on an annual basis for the renewal of the single-copy subscription to OD.  By way of example, the invoice and subscription agreement for the single-copy subscription to OD, in effect on March 27, 2015 (the "Agreement"), specifically states that "[b]y payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's terms and conditions shown below."  A copy of the aforementioned invoice and subscription agreement is annexed hereto as Exhibit C.

29.        The Agreement further states in part that "[a]ll unauthorized reproductions, or disseminations or other uses of material contained in the EIG Services shall be deemed willful infringement of EIG's copyright and/or other proprietary and intellectual property rights." *Id.*

30.        No agreement has ever authorized Defendant to copy, transmit, or forward the OD Copyrighted Works, including the March 27, 2015 OD Copyrighted Work, in violation of Plaintiffs' registered copyrights.

31.        Defendant has accepted the terms and conditions in the subscription agreements provided by Plaintiffs, including the Agreement.

**D.**    **Defendant's Infringement of Plaintiffs' Copyrighted Works**

32.        On or about March 27, 2015, Plaintiffs' employee Derrick Dent spoke with Galen Menard, an employee of Defendant, as part of a routine sales call.  Upon information and belief, Mr. Menard is Defendant's vice president of supply and trading.

33.        During the phone call, Mr. Menard told Mr. Dent that Defendant's employee Leanne Flickinger received OD from EIG via email and then forwarded copies of OD to Mr. Menard and Defendant's CEO James Loving on a daily basis.

34.     Upon information and belief, Defendant's email system is highly secure and only those individuals or entities that Defendant designates may access the system.

35.     Upon information and belief, Defendant's email system cannot be accessed by the general public or by Plaintiffs.

36.     Upon information and belief, Defendant has been regularly and systematically copying and forwarding the OD Copyrighted Works and the articles contained therein since at least as early as 2004.

37.     Upon information and belief, Defendant actively and willfully concealed its regular and systematic copying and forwarding of the OD Copyrighted Works, and the articles contained therein, from Plaintiffs.

38.     Upon information and belief, Defendant's actions of copying and forwarding the OD Copyrighted Works constitute willful infringement of Plaintiffs' valid and subsisting copyrights in the OD Copyrighted Works and the articles therein.

## COUNT ONE
### (COPYRIGHT INFRINGEMENT)

39.     Plaintiffs incorporate the allegations of Paragraphs 1 through 38 as though fully set forth herein.

40.     Plaintiffs were and are the exclusive holder of all rights, title, and interest in and to the OD Copyrighted Works and the articles, as separate and distinct works, contained therein and are the owner of valid copyright registrations and/or pending applications for the OD Copyrighted Works.  *See* Exhibit B.

41.     Each entire publication and the articles contained in the OD Copyrighted Works are highly original and contain creative expression and independent analysis.  *See* Exhibit A.

42.     The OD Copyrighted Works and the articles contained therein were made available to and were received by Defendant pursuant to subscription agreements.

43.     Upon information and belief, Defendant has for years willfully copied and distributed copies of the OD Copyrighted Works and the articles contained therein on a consistent and systematic basis, and concealed these activities from Plaintiffs.

44.     Based upon the inclusion of the Copyright Notice and Warnings contained in each of Plaintiffs' publications, the language in the subscription agreements, and the various warnings contained in each of Plaintiffs' publications, including the OD Copyrighted Works and the weekly transmittal cover emails, Defendant was on notice and knew or should have known that the OD Copyrighted Works were and are protected by the copyright laws, and therefore is unable to assert a defense of innocent infringement. *See* 17 U.S.C. § 401(d).

45.     Defendant's subscription agreements to the OD Copyrighted Works prohibit any copying and distributing of any article or issue of OD, including the March 27, 2015 OD Copyrighted Work.

46.     Upon information and belief, Defendant willfully infringed the copyrights in the OD Copyrighted Works and the articles contained therein by acting with knowledge that its actions constituted infringement, or with reckless disregard that the conduct complained about constitutes infringement.

47.     Defendant's aforesaid acts violate Plaintiffs' exclusive rights under § 106 of the Copyright Act of 1976, 17 U.S.C. § 106, as amended, and constitute willful infringement of Plaintiffs' copyrights in the OD Copyrighted Works and the articles contained therein. Defendant's past and continuing copying, transmitting and forwarding of Plaintiffs' OD

Copyrighted Works and the articles contained therein constitute a willful, deliberate and ongoing infringement of Plaintiffs' copyrights and are causing irreparable harm and damage to Plaintiffs.

48.     Plaintiffs have no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendant on the foregoing claim as follows:

(1)     That Defendant, its directors, officers, agents, subsidiaries and affiliates and all persons acting by, through, or in concert with any of them, be permanently enjoined from infringing any copyrights of Plaintiffs in any manner, and from copying, exhibiting, transmitting, displaying, distributing or preparing derivative works from any of the copyrighted material in any past, present or future issue of OD, including the OD Copyrighted Works and the articles contained therein;

(2)     That Defendant be required to pay to Plaintiffs such actual damages as it has sustained and/or statutory damages as a result of Defendant's copyright infringement pursuant to 17 U.S.C. § 504;

(3)     That Defendant be required to account for and disgorge to Plaintiffs all gains, profits, and advantages derived from its copyright infringement pursuant to 17 U.S.C. § 504;

(4)     That Defendant be required to pay Plaintiffs an increase in the award of statutory damages due to Defendant's willful infringement pursuant to 17 U.S.C. § 504(c)(2);

(5)     That the Court issue an Order requiring Defendant to hold harmless and indemnify Plaintiffs from any claim(s) raised by any third party who allegedly relied upon any of Plaintiffs' publications it received as a result of Defendant's unauthorized use of the OD Copyrighted Works;

(6)      That the Court enter judgment against Defendant in favor of Plaintiffs for all claims,

including pre-judgment and post-judgment interest, as allowed by law;

(7)      That the Court enter judgment against Defendant finding that its unlawful copying,

transmitting, and forwarding of the OD Copyrighted Works and the articles contained

therein is willful;

(8)      That Defendant be ordered to pay Plaintiffs' costs in this action along with reasonable

attorneys' fees; and

(9)      That Plaintiffs be granted such further relief as the Court deems just and proper.


Respectfully submitted,


Dated:  January 18, 2016          By:          s/Richard L. Honeyman
                                               Richard L. Honeyman SC# 06116
                                               Kim Donica Farha SC#24389

                                               HITE, FANNING & HONEYMAN L.L.P.
                                               100 N. Broadway St.
                                               Suite 950
                                               Wichita, KS 67202
                                               Telephone: (316) 265-7741
                                               Facsimile: (316) 267-7803
                                               honeyman@hitefanning.com
                                               farha@hitefanning.com

14

Of Counsel:    Robert L. Powley
 New York State Bar No. 2467553
(*pro hac vice* motion to be filed)
James M. Gibson
New York State Bar No. 2622629
 (*pro hac vice* motion to be filed)
Thomas H. Curtin
 New York State Bar No. 2122364
(*pro hac vice* motion to be filed)
Stephen M. Ankrom
New York State Bar No. 4609426
(*pro hac vice* motion to be filed)

POWLEY & GIBSON, P.C.
304 Hudson Street, Suite 202
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

rlpowley@powleygibson.com
jmgibson@powleygibson.com
thcurtin@powleygibson.com
smankrom@powleygibson.com

Counsel for Plaintiffs
ENERGY INTELLIGENCE GROUP, INC.

## **DESIGNATION OF PLACE OF TRIAL**

The Plaintiffs designate Wichita, Kansas as the place of the trial in this action.

Respectfully submitted,

HITE, FANNING & HONEYMAN LLP

s/Richard L. Honeyman
Richard L. Honeyman
SC# 06116

## **JURY DEMAND**

The Plaintiffs request a trial by jury with regard to the above-captioned action.

Respectfully submitted,

HITE, FANNING & HONEYMAN LLP

s/Richard L. Honeyman
Richard L. Honeyman
SC# 06116