UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, | CIVIL ACTION NO. 6:16-cv-1015-EFM-GLR |
| Plaintiffs, | |
| v. | **FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| CHS McPHERSON REFINERY, INC. (F/K/A NATIONAL COOPERATIVE REFINERY ASSOCIATION), | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs Energy Intelligence Group, Inc. ("EIG") and Energy Intelligence Group (UK) Limited ("EIG UK") (collectively, "Plaintiffs"), by and through their undersigned counsel, allege the following for their complaint against Defendant, CHS McPherson Refinery, Inc. ("Defendant"), based on personal knowledge and on information and belief as appropriate:

## INTRODUCTION

1.      Plaintiffs bring this action against Defendant under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act") for, among other things, willful infringement of Plaintiffs' registered copyrights.

## THE PARTIES

2.      Plaintiff EIG is a Delaware corporation with a principal place of business located at 270 Madison Avenue, Suite 302, New York, New York 10016.

3.      Plaintiff EIG UK is a United Kingdom limited company with a principal place of business located at Interpark House, 7 Down Street, London, W1J 7AJ United Kingdom.

4.      Upon information and belief, Defendant is a cooperative organized and existing under the Kansas Cooperative Marketing Act, with its principal place of business at 2000 S. Main St., McPherson, KS 67460.  Upon information and belief, Defendant was known as the National Cooperative Refinery Association prior to September 1, 2015.

**JURISDICTION AND VENUE**

5.      This Court has jurisdiction over the subject matter of this dispute pursuant to Section 501, *et seq.* of the Copyright Act and 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant's principal place of business is located in McPherson, Kansas and Defendant is registered to do business in, and is doing business in the State of Kansas and in this District. Furthermore, upon information and belief, many of the acts of infringement alleged in this Complaint occurred within the District of Kansas.

7.      Venue is proper in the District of Kansas pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**FACTS**

A.      **Plaintiffs' Publications**

8.      Plaintiffs have been engaged in publishing newsletters and other publications for the highly-specialized global energy industry for over six decades.  In particular, Plaintiffs have published the daily newsletter *Oil Daily* ("OD") since at least as early as 1951.

9.      Plaintiffs, and their predecessors-in-interest, have published the weekly newsletter *Petroleum Intelligence Weekly* ("PIW") since at least as early as 1961.

10.     The audience for Plaintiffs' publications, including OD and PIW, consists of individuals with an interest in the oil and gas industries, including consultants, bankers,

2

investors, stock market analysts, traders, commodity analysts, and others who follow these industries or sell goods and services to those in or following these industries.

11.     A representative example of an issue of OD, specifically the March 27, 2015 issue of OD (the "March 27, 2015 OD Copyrighted Work") is attached hereto as Exhibit A.

12.     A representative example of an issue of PIW, specifically the May 21, 2012 issue of PIW (the "May 21, 2012 PIW Copyrighted Work"), is attached hereto as Exhibit B.  The March 27, 2015 OD Copyrighted Work and the May 21, 2012 PIW Copyrighted Work are collectively referred to herein as the "Representative EIG Copyrighted Works."

13.     Plaintiffs' focus is on providing original, high-quality articles and analysis relating to the energy industry.  Plaintiffs have invested significant time and resources to develop their publications and services, including OD and PIW.

14.     Plaintiffs' publications do not feature or have any advertisements or sponsors and therefore, are highly dependent on paid subscriptions to sustain the viability of their publications.

15.     Plaintiffs maintain an experienced and knowledgeable editorial staff of approximately sixty (60) reporters, editors, and analysts at seven (7) editorial bureaus located in New York, Washington, D.C., Houston, London, Moscow, Dubai, and Singapore.

16.     The original content and analysis created by Plaintiffs and included in OD, PIW and their other original publications are valuable assets.  Plaintiffs also publish other original publications in addition to OD and PIW, including, but not limited to:

        EI Finance;
        EI New Energy;
        EI New Energy Data Source;
        Energy Compass;
        Energy Intelligence Briefing;
        International Oil Daily;
        Jet Fuel Intelligence;
        LNG Intelligence;

3

Natural Gas Week;
Natural Gas Week Data Source;
Nefte Compass;
Nefte Compass Data Source;
NGW's Gas Market Reconnaissance;
Nuclear Intelligence Weekly;
Oil Market Intelligence;
Oil Market Intelligence Data Source;
Petroleum Intelligence Weekly Data Source;
World Gas Intelligence; and
World Gas Intelligence Data Source.

17.     Plaintiffs have developed an invaluable reputation for their extremely high standards and the reliability of the content of all of its publications, including OD and PIW.

18.     In order for third parties to benefit from Plaintiffs' analytical and creative content contained in OD, PIW and their other publications, Plaintiffs require interested parties to purchase subscriptions to receive the valuable information contained therein.

19.     Interested parties have various subscription options depending on their respective needs.  Subscribers typically obtain OD, PIW, and Plaintiffs' other publications by email and/or from Plaintiffs' website, which permits password-protected access to current and/or archived issues, pursuant to a subscription or license agreement.

20.     Interested parties that do not maintain a subscription or license agreement may also purchase individual articles appearing in OD, PIW and Plaintiffs' other publications, as well as archived articles, from Plaintiffs using Plaintiffs' pay-per-article service.  The license fee per article, per copy for daily publications, such as OD, is $9.00.  The license fee per article, per copy for weekly publications, like PIW, is $24.00.  The license fee for this pay-per-article service is multiplied by the number of copies of the requested article(s) to calculate the total licensing fee.

21.     Interested parties that do not maintain a subscription or license agreement may also purchase individual issues of OD, PIW, and Plaintiffs' other publications, as well as archived

issues, from Plaintiffs using Plaintiffs' pay-per-issue service.  The license fee per issue, per copy

for daily publications, such as OD, is $95.00.  The license fee per issue, per copy for the weekly

publications, such as PIW is $395.00.  The license fee for this pay-per-issue service is multiplied

by the number of copies of the requested issue(s) to calculate the total licensing fee.

**B.**     **Plaintiffs' Copyrights and Notices**

22.     Plaintiffs provide copyright notices and warnings on their website, e-mails, articles

and publications, including OD, so that third parties are aware of Plaintiffs' rights in their

publications and works of original authorship (the "Copyright Notice and Warnings").  As a

representative example, the Copyright Notice and Warnings contained in the e-mail transmitting

the March 27, 2015 OD Copyrighted Work state:

> Copyright © 2015 Energy Intelligence Group, Inc.  All rights reserved.
>
> Reproduction or distribution internally or externally in any manner
> (photostatically, electronically, or via facsimile), including by sharing printed
> copies, or forwarding or posting on local- and wide-area networks and intranets,
> or sharing user name and password, is strictly prohibited without appropriate
> license from Energy Intelligence – contact CustomerService@energyintel.com for
> more information.

23.     As an additional representative example, the Copyright Notice and Warnings on the

front cover of the March 27, 2015 OD Copyrighted Work specifically states: "Copyright © 2015

Energy Intelligence Group.  All rights reserved.  Unauthorized access or electronic forwarding,

even for internal use, is prohibited."  Exhibit A, p. 1.

24.     As a further representative example, the Copyright Notice and Warnings contained in

the March 27, 2015 OD Copyrighted Work specifically states:

> COPYRIGHT © 2015 by Energy Intelligence Group, Inc. . . . All rights reserved.
> Access, distribution and reproduction are subject to the terms and conditions of
> the subscription agreement and/or license with Energy Intelligence.  Access,
> distribution, reproduction or electronic forwarding not specifically defined and
> authorized in a valid subscription agreement or license with Energy Intelligence is

5

willful copyright infringement.  Additional copies of individual articles may be obtained using the pay-per-article feature offered at www.energyintel.com.

Exhibit A, p. 7.

25.      Plaintiffs provide copyright notices and warnings on their website, e-mails, articles and publications, including PIW, so that third parties are aware of Plaintiffs' rights in their publications and works of original authorship (the "Copyright Notice and Warnings").  As a representative example, the Copyright Notice and Warnings contained in the e-mail transmitting the May 21, 2012 PIW Copyrighted Work state:

> Copyright © 2012 Energy Intelligence Group, Inc.  All rights reserved.
>
> Reproduction or distribution internally or externally in any manner (photostatically, electronically, or via facsimile), including by sharing printed copies, or forwarding or posting on local- and wide-area networks and intranets, or sharing user name and password, is strictly prohibited without appropriate license from EIG– contact CustomerService@energyintel.com for more information.

26.      As an additional representative example, the Copyright Notice and Warnings on the front cover of the May 21, 2012 PIW Copyrighted Work specifically state: "Copyright © 2012 EIG.  Unauthorized access or electronic forwarding, even for internal use, is prohibited."  Exhibit B, p. 1.

27.      As a further representative example, the Copyright Notice and Warnings contained in the May 21, 2012 PIW Copyrighted Work specifically state:

> Copyright © 2012 by Energy Intelligence Group, Inc. . . . All rights reserved. Access, distribution and reproduction are subject to the terms and conditions of the subscription agreement and/or license with EIG.  Access, distribution, reproduction or electronic forwarding not specifically defined and authorized in a valid subscription agreement or license with EIG is willful copyright infringement.  Additional copies of individual articles may be obtained using the pay-per-article feature offered at www.energyintel.com.

Exhibit B, p. 2.

28.     The Copyright Notices and Warnings provided in and in connection with the

Representative EIG Copyrighted Works are representative of the Copyright Notices and

Warnings provided in as well as in connection with all EIG Copyrighted Works.

29.     Based upon the representative examples of the Copyright Notice and Warnings,

Plaintiffs are in compliance with the copyright notice requirements set forth in the Copyright

Act, 17 U.S.C. § 401.

30.     Accordingly, Defendant knew or should have known that the EIG Copyrighted Works

were protected by U.S. copyright laws.

31.     Having complied with the copyright notice requirements set forth in the Copyright Act,

17 U.S.C. § 401, Plaintiffs have provided Defendant with complete and proper notice of

Plaintiffs' copyrights in the EIG Copyrighted Works.

32.     Among other copyright registrations, Plaintiffs are the owners of the following U.S.

Copyright Registrations for the OD Copyrighted Works, attached hereto as Exhibit C:

• No. TX 6-052-767 for Volume 54 covering 22 works published June 2004;
• No. TX 6-052-513 for Volume 54 covering 21 works published July 2004;
• No. TX 6-052-765 for Volume 54 covering 22 works published August 2004;
• No. TX 6-052-758 for Volume 54 covering 21 works published September 2004;
• No. TX 6-052-761 for Volume 54 covering 21 works published October 2004;
• No. TX 6-099-059 for Volume 54 covering 20 works published November 2004;
• No. TX 6-099-058 for Volume 54 covering 21 works published December 2004;
• No. TX 6-152-002 for Volume 55 covering 20 works published January 2005;
• No. TX 6-185-812 for Volume 55 covering 19 works published February 2005;
• No. TX 6-167-638 for Volume 55 covering 22 works published March 2005;
• No. TX 6-176-605 for Volume 55 covering 21 works published April 2005;
• No. TX 6-172-297 for Volume 55 covering 21 works published May 2005;
• No. TX 6-206-684 for Volume 55 covering 22 works published June 2005;
• No. TX 6-206-680 for Volume 55 covering 20 works published July 2005;
• No. TX 6-226-396 for Volume 55 covering 23 works published August 2005;
• No. TX 6-226-407 for Volume 55 covering 21 works published September 2005;
• No. TX 6-257-042 for Volume 55 covering 21 works published October 2005;
• No. TX 6-267-191 for Volume 55 covering 20 works published November 2005;

- No. TX 6-340-912 for Volume 55 covering 21 works published December 2005;
- No. TX 6-286-047 for Volume 56 covering 20 works published January 2006;
- No. TX 6-340-550 for Volume 56 covering 19 works published February 2006;
- No. TX 6-337-677 for Volume 56 covering 23 works published March 2006;
- No. TX 6-782-058 for Volume 56 covering 19 works published April 2006;
- No. TX 6-425-046 for Volume 56 covering 22 works published May 2006;
- No. TX 6-425-037 for Volume 56 covering 22 works published June 2006;
- No. TX 6-431-332 for Volume 56 covering 19 works published July 2006;
- No. TX 6-431-344 for Volume 56 covering 23 works published August 2006;
- No. TX 6-456-925 for Volume 56 covering 20 works published September 2006;
- No. TX 6-508-701 for Volume 56 covering 22 works published October 2006;
- No. TX 6-505-161 for Volume 56 covering 20 works published November 2006;
- No. TX 6-508-675 for Volume 56 covering 20 works published December 2006;
- No. TX 6-550-424 for Volume 57 covering 21 works published January 2007;
- No. TX 6-550-616 for Volume 57 covering 19 works published February 2007;
- No. TX 6-550-614 for Volume 57 covering 22 works published March 2007;
- No. TX 6-587-006 for Volume 57 covering 20 works published April 2007;
- No. TX 6-564-745 for Volume 57 covering 22 works published May 2007;
- No. TX 6-626-689 for Volume 57 covering 21 works published June 2007;
- No. TX 6-626-690 for Volume 57 covering 21 works published July 2007;
- No. TX 6-626-278 for Volume 57 covering 23 works published August 2007;
- No. TX 6-626-280 for Volume 57 covering 19 works published September 2007;
- No. TX 6-648-210 for Volume 57 covering 23 works published October 2007;
- No. TX 6-645-633 for Volume 57 covering 20 works published November 2007;
- No. TX 6-645-632 for Volume 57 covering 20 works published December 2007;
- No. TX 6-646-218 for Volume 58 covering 21 works published January 2008;
- No. TX 6-646-381 for Volume 58 covering 20 works published February 2008;
- No. TX 6-648-380 for Volume 58 covering 20 works published March 2008;
- No. TX 6-647-038 for Volume 58 covering 22 works published April 2008;
- No. TX 6-647-107 for Volume 58 covering 21 works published May 2008;
- No. TX 6-648-007 for Volume 58 covering 21 works published June 2008;
- No. TX 6-662-761 for Volume 58 covering 22 works published July 2008;
- No. TX 6-665-575 for Volume 58 covering 21 works published August 2008;
- No. TX 6-680-142 for Volume 58 covering 21 works published September 2008;
- No. TX 6-662-749 for Volume 58 covering 23 works published October 2008;
- No. TX 6-664-308 for Volume 58 covering 18 works published November 2008;
- No. TX 6-664-309 for Volume 58 covering 22 works published December 2008;
- No. TX 6-647-241 for Volume 59 covering 20 works published January 2009;
- No. TX 6-631-529 for Volume 59 covering 19 works published February 2009;
- No. TX 6-647-244 for Volume 59 covering 22 works published March 2009;
- No. TX 6-665-630 for Volume 59 covering 21 works published April 2009;

- No. TX 6-631-518 for Volume 59 covering 20 works published May 2009;
- No. TX 6-631-525 for Volume 59 covering 22 works published June 2009;
- No. TX 6-685-271 for Volume 59 covering 22 works published July 2009;
- No. TX 6-684-118 for Volume 59 covering 21 works published August 2009;
- No. TX 6-701-938 for Volume 59 covering 21 works published September 2009;
- No. TX 6-701-939 for Volume 59 covering 22 works published October 2009;
- No. TX 6-702-127 for Volume 59 covering 21 works published November 2009;
- No. TX 6-702-124 for Volume 59 covering 22 works published December 2009;
- No. TX 6-701-924 for Volume 60 covering 20 works published January 2010;
- No. TX 6-701-927 for Volume 60 covering 20 works published February 2010;
- No. TX 6-703-824 for Volume 60 covering 23 works published March 2010;
- No. TX 6-703-826 for Volume 60 covering 21 works published April 2010;
- No. TX 6-704-578 for Volume 60 covering 20 works published May 2010;
- No. TX 6-704-734 for Volume 60 covering 22 works published June 2010;
- No. TX 6-705-213 for Volume 60 covering 22 works published July 2010;
- No. TX 6-770-133 for Edition 60 covering 22 works published in August 2010;
- No. TX 6-770-132 for Edition 60 covering 22 works published in September 2010;
- No. TX 6-772-066 for Edition 60 covering 21 works published in October 2010;
- No. TX 6-779-215 for Edition 60 covering 22 works published in November 2010;
- No. TX 6-778-772 for Edition 60 covering 21 works published in December 2010;
- No. TX 6-776-062 for Edition 61 covering 21 works published in January 2011;
- No. TX 6-776-069 for Edition 61 covering 20 works published in February 2011;
- No. TX 6-779-252 for Edition 61 covering 23 works published in March 2011;
- No. TX 6-779-251 for Edition 61 covering 20 works published in April 2011;
- No. TX 6-779-316 for Edition 61 covering 21 works published in May 2011;
- No. TX 6-776-025 for Edition 61 covering 22 works published in June 2011;
- No. TX 6-782-122 for Edition 61 covering 21 works published in July 2011;
- No. TX 6-774-709 for Edition 61 covering 23 works published in August 2011;
- No. TX 6-780-004 for Edition 61 covering 22 works published in September 2011;
- No. TX 6-780-005 for Edition 61 covering 21 works published in October 2011;
- No. TX 6-782-123 for Edition 61 covering 22 works published in November 2011;
- No. TX 6-782-124 for Edition 61 covering 12 works published in December 2011;
- No. TX 6-789-069 for Edition 61 covering 9 works published in December 2011;
- No. TX 6-774-708 for Edition 62 covering 21 works published in January 2012;
- No. TX 6-786-171 for Edition 62 covering 21 works published in February 2012;
- No. TX 6-787-504 for Edition 62 covering 22 works published in March 2012;
- No. TX 6-787-503 for Edition 62 covering 20 works published in April 2012;
- No. TX 6-788-123 for Edition 62 covering 23 works published in May 2012;
- No. TX 6-788-122 for Edition 62 covering 21 works published in June 2012;
- No. TX 6-789-191 for Edition 62 covering 22 works published in July 2012;
- No. TX 6-790-253 for Edition 62 covering 23 works published in August 2012;

- No. TX 6-790-252 for Edition 62 covering 20 works published in September 2012;
- No. TX 6-790-254 for Edition 62 covering 22 works published in October 2012;
- No. TX 6-790-255 for Edition 62 covering 22 works published in November 2012;
- No. TX 7-676-538 for Edition 62 covering 20 works published in December 2012;
- No. TX 7-676-528 for Edition 63 covering 22 works published in January 2013
- No. TX 7-744-517 for Edition 63 covering 20 works published in February 2013;
- No. TX 7-744-541 for Edition 63 covering 20 works published in March 2013;
- No. TX 7-726-260 for Edition 63 covering 22 works published in April 2013;
- No. TX 7-726-259 for Edition 63 covering 23 works published in May 2013;
- No. TX 7-726-232 for Edition 63 covering 20 works published in June 2013;
- No. TX 7-989-393 for Edition 63 covering 23 works published in July 2013;
- No. TX 7-946-126 for Edition 63 covering 22 works published in August 2013;
- No. TX 7-898-912 for Edition 63 covering 21 works published in September 2013;
- No. TX 7-991-979 for Edition 63 covering 23 works published in October 2013;
- No. TX 9-068-878 for Edition 63 covering 21 works published in November 2013;
- No. TX 8-058-300 for Edition 63 covering 21 works published in December 2013;
- No. TX 7-962-816 for Edition 64 covering 22 works published in January 2014;
- No. TX 7-990-336 for Edition 64 covering 20 works published in February 2014;
- No. TX 7-993-575 for Edition 64 covering 21 works published in March 2014;
- No. TX 7-934-103 for Edition 64 covering 21 works published in April 2014;
- No. TX 7-966-215 for Edition 64 covering 21 works published in May 2014;
- No. TX 7-982-542 for Edition 64 covering 21 works published in June 2014;
- No. TX 8-050-420 for Edition 64 covering 23 works published in July 2014 ;
- No. TX 8-086-895 for Edition 64 covering  21 works published in August 2014;
- No. TX 8-029-377 for Edition 64 covering 22 works published in September 2014
- No. TX 8-110-455for Edition 64 covering 23 works published in October 2014;
- No. TX 8-060-210 for Edition 64 covering 20 works published in November 2014;
- No. TX 8-109-803 for Edition 64 covering 22 works published in December 2014;
- No. TX 8-051-089 for Edition 65 covering 21 works published in January 2015;
- No. TX 8-178-073 for Edition 65 covering 20 works published in February 2015;
- No. TX 8-178-063 for Edition 65 covering 22 works published in March 2015;
- No. TX 8-149-237 for Edition 65 covering 21 works published in April 2015;
- No. TX 8-180-407 for Edition 65 covering 20 works published in May 2015;
- No. TX 8-205-565 for Edition 65 covering 22 works published in June 2015.

33.      Among other copyright registrations, Plaintiffs are the owners of the following U.S.

Copyright Registrations for the PIW Copyrighted Works, attached hereto as Exhibit D:

- No. TX 6-015-324 for Volume 43 covering 5 works published in May 2004;
- No. TX 6-015-324 for Volume 43 covering 4 works published in June 2004;

- No. TX 6-015-323 for Volume 43 covering 4 works published in July 2004;
- No. TX 6-019-426 for Volume 43 covering 5 works published in August 2004;
- No. TX 6-055-370 for Volume 43 covering 4 works published in September 2004;
- No. TX 6-055-421 for Volume 43 covering 4 works published in October 2004;
- No. TX 6-099-347 for Volume 43 covering 5 works published in November 2004;
- No. TX 6-099-342 for Volume 43 covering 3 works published in December 2004;
- No. TX 6-124-329 for Volume 44 covering 5 works published in January 2005;
- No. TX 6-124-329 for Volume 44 covering 4 works published in February 2005;
- No. TX 6-146-622 for Volume 44 covering 4 works published in March 2005;
- No. TX 6-146-620 for Volume 44 covering 4 works published in April 2005;
- No. TX 6-171-989 for Volume 44 covering 5 works published in May 2005;
- No. TX 6-203-950 for Volume 44 covering 4 works published in June 2005;
- No. TX 6-225-373 for Volume 44 covering 4 works published in July 2005;
- No. TX 6-224-843 for Volume 44 covering 5 works published in August 2005;
- No. TX 6-227-290 for Volume 44 covering 4 works published in September 2005;
- No. TX 6-210-693 for Volume 44 covering 5 works published in October 2005;
- No. TX 6-253-452 for Volume 44 covering 4 works published in November 2005;
- No. TX 6-340-918 for Volume 44 covering 3 works published in December 2005;
- No. TX 6-300-730 for Volume 45 covering 4 works published in January 2006;
- No. TX 6-321-288 for Volume 45 covering 4 works published in February 2006;
- No. TX 6-321-292 for Volume 45 covering 4 works published in March 2006;
- No. TX 6-346-015 for Volume 45 covering 4 works published in April 2006;
- No. TX 6-425-308 for Volume 45 covering 5 works published in May 2006;
- No. TX 6-397-447 for Volume 45 covering 4 works published in June 2006;
- No. TX 6-481-099 for Volume 45 covering 5 works published in July 2006;
- No. TX 6-431-290 for Volume 45 covering 4 works published in August 2006;
- No. TX 6-461-775 for Volume 45 covering 4 works published in September 2006;
- No. TX 6-481-421 for Volume 45 covering 5 works published in October 2006;
- No. TX 6-489-755 for Volume 45 covering 4 works published in November 2006;
- No. TX 6-508-177 for Volume 45 covering 3 works published in December 2006;
- No. TX 6-506-663 for Volume 46 covering 5 works published in January 2007;
- No. TX 6-543-911 for Volume 46 covering 4 works published in February 2007;
- No. TX 6-549-387 for Volume 46 covering 4 works published in March 2007;
- No. TX 6-576-049 for Volume 46 covering 5 works published in April 2007;
- No. TX 6-611-053 for Volume 46 covering 4 works published in May 2007;
- No. TX 6-626-619 for Volume 46 covering 4 works published in June 2007;
- No. TX 6-626-616 for Volume 46 covering 5 works published in July 2007;
- No. TX 6-628-389 for Volume 46 covering 4 works published in August 2007;
- No. TX 6-628-386 for Volume 46 covering 4 works published in September 2007;
- No. TX 6-628-329 for Volume 46 covering 5 works published in October 2007;
- No. TX 6-663-779 for Volume 46 covering 4 works published in November 2007;

- No. TX 6-663-246 for Volume 46 covering 4 works published in December 2007;
- No. TX 6-647-640 for Volume 47 covering 4 works published in January 2008;
- No. TX 6-666-159 for Volume 47 covering 4 works published in February 2008;
- No. TX 6-666-164 for Volume 47 covering 5 works published in March 2008;
- No. TX 6-677-872 for Volume 47 covering 4 works published in April 2008
- No. TX 6-677-865 for Volume 47 covering 4 works published in May 2008;
- No. TX 6-648-020 for Volume 47 covering 5 works published in June 2008;
- No. TX 6-648-175 for Volume 47 covering 4 works published in July 2008;
- No. TX 6-679-209 for Volume 47 covering 4 works published in August 2008;
- No. TX 6-678-878 for Volume 47 covering 5 works published in September 2008;
- No. TX 6-682-031 for Volume 47 covering 4 works published in October 2008;
- No. TX 6-682-704 for Volume 47 covering 4 works published in November 2008;
- No. TX 6-682-706 for Volume 47 covering 4 works published in December 2008;
- No. TX 6-684-570 for Volume 48 covering 4 works published in January 2009;
- No. TX 6-769-895 for Volume 48 covering 4 works published in February 2009;
- No. TX 6-688-124 for Volume 48 covering 5 works published in March 2009;
- No. TX 6-688-118 for Volume 48 covering 4 works published in April 2009;
- No. TX 6-701-330 for Volume 48 covering 4 works published in May 2009;
- No. TX 6-701-334 for Volume 48 covering 5 works published in June 2009;
- No. TX 6-684-727 for Volume 48 covering 4 works published in July 2009;
- No. TX 6-684-722 for Volume 48 covering 5 works published in August 2009;
- No. TX 6-769-426 for Volume 48 covering 4 works published in September 2009;
- No. TX 6-775-766 for Volume 48 covering 4 works published in October 2009;
- No. TX 6-778-043 for Volume 48 covering 5 works published in November 2009;
- No. TX 6-608-137 for Volume 48 covering 3 works published in December 2009;
- No. TX 6-716-599 for Volume 49 covering 4 works published in January 2010;
- No. TX 8-126-668 for Volume 49 covering 4 works published in February 2010;
- No. TX 6-776-727 for Volume 49 covering 5 works published in March 2010;
- No. TX 6-776-729 for Volume 49 covering 4 works published in April 2010;
- No. TX 6-716-395 for Volume 49 covering 5 works published in May 2010;
- No. TX 6-778-532 for Volume 49 covering 4 works published in June 2010;
- No. TX 6-778-544 for Volume 49 covering 4 works published in July 2010;
- No. TX 6-777-320 for Volume 49 covering 5 works published in August 2010;
- No. TX 6-777-323 for Volume 49 covering 4 works published in September 2010;
- No. TX 6-780-143 for Volume 49 covering 4 works published in October 2010;
- No. TX 6-784-293 for Volume 49 covering 5 works published in November 2010;
- No. TX 6-784-294 for Volume 49 covering 4 works published in December 2010;
- No. TX 6-785-262 for Volume 50 covering 4 works published in January 2011;
- No. TX 6-785-261 for Volume 50 covering 4 works published in February 2011;
- No. TX 6-781-707 for Volume 50 covering 4 works published in March 2011;
- No. TX 6-781-718 for Volume 50 covering 4 works published in April 2011;

- No. TX 6-788-149 for Volume 50 covering 5 works published in May 2011;
- No. TX 6-788-156 for Volume 50 covering 4 works published in June 2011;
- No. TX 7-600-118 for Volume 50 covering 4 works published in July 2011;
- No. TX 8-130-631 for Volume 50 covering 5 works published in August 2011;
- No. TX 7-589-991 for Volume 50 covering 4 works published in September 2011;
- No. TX 7-591-201 for Volume 50 covering 5 works published in October 2011;
- No. TX 7-617-878 for Volume 50 covering 4 works published in November 2011;
- No. TX 7-617-906 for Volume 50 covering 4 works published in December 2011;
- No. TX 7-616-207 for Volume 51 covering 4 works published in January 2012;
- No. TX 7-616-223 for Volume 51 covering 4 works published in February 2012;
- No. TX 7-592-850 for Volume 51 covering 4 works published in March 2012;
- No. TX 7-592-833 for Volume 51 covering 5 works published in April 2012;
- No. TX 7-630-872 for Volume 51 covering 4 works published in May 2012;
- No. TX 7-633-324 for Volume 51 covering 4 works published in June 2012;
- No. TX 7-660-936 for Volume 51 covering 5 works published in July 2012;
- No. TX 7-615-883 for Volume 51 covering 4 works published in August 2012;
- No. TX 7-614-540 for Volume 51 covering 4 works published in September 2012;
- No. TX0 8-054-492 for Volume 51 covering 5 works published in October 2012;
- No. TX0 8-054-625 for Volume 51 covering 4 works published in November 2012;
- No. TX 7-690-109 for Volume 51 covering 4 works published in December 2012;
- No. TX 7-690-163 for Volume 52 covering 4 works published in January 2013;
- No. TX 7-707-499 for Volume 52 covering 4 works published in February 2013;
- No. TX 7-707-574 for Volume 52 covering 4 works published in March 2013;
- No. TX 7-732-158 for Volume 52 covering 5 works published in April 2013;
- No. TX 7-732-176 for Volume 52 covering 4 works published in May 2013
- No. TX 8-126-491 for Volume 52 covering 4 works published in June 2013;
- No. TX 7-764-090 for Volume 52 covering 5 works published in July 2013;
- No. TX 7-759-230 for Volume 52 covering 4 works published in August 2013;
- No. TX7-893-728 for Volume 52 covering 5 works published in September 2013;
- No. TX 7-808-539 for Volume 52 covering 4 works published in October 2013;
- No. TX 7-955-129 for Volume 52 covering 4 works published in November 2013;
- No. TX 7-808-959 for Volume 52 covering 4 works published in December 2013;
- No. TX 7-852-542 for Volume 53 covering 4 works published in January 2014;
- No. TX 7-890-770 for Volume 53 covering 4 works published in February 2014;
- No. TX 7-927-058 for Volume 53 covering 5 works published in March 2014;
- No. TX 7-891-100 for Volume 53 covering 4 works published in April 2014;
No. TX 7-941-642 for Volume 53 covering 4 works published in May 2014;
No. TX 7-942-475 for Volume 53 covering 5 works published in June 2014;
No. TX 7-933-072 for Volume 53 covering 4 works published in July 2014;
No. TX 7-943-808 for Volume 53 covering 4 works published in August 2014;
No. TX 7-958-639 for Volume 53 covering 5 works published in September 2014;

No. TX8-037-924 for Volume 53 covering 4 works published in October 2014;

No. TX0 7-985-840 for Volume 53 covering 4 works published in November 2014;

No. TX0 7-993-949 for Volume 53 covering 4 works published in December 2014;

No. TX --------- for Volume 54 covering 4 works published in January 2015 (application pending);

No. TX --------- for Volume 54 covering 4 works published in February 2015 (application pending);

No. TX --------- for Volume 54 covering 5 works published in March 2015 (application pending);

No. TX 8-150-385 for Volume 54 covering 4 works published in April 2015.

**C.    Defendant's OD Subscription History**

34.     From at least as early as 1992 through May 15, 2015, Defendant maintained a single-copy subscription to OD.

35.     Defendant received OD by print delivery up until December 2, 1999, at which time Defendant elected to receive its single copy of OD as a PDF attachment to an email.  Throughout the entire subscription period, Defendant designated Galen Menard to receive the OD Copyrighted Works.

36.     Since December 2, 1999 until Defendant's subscription expired on May 15, 2015, Defendant elected to receive the OD Copyrighted Works as a PDF attachment to an email.

37.     From at least as early as 1992 through the present, Plaintiffs transmitted to Defendant an invoice and subscription agreement on an annual basis for the renewal of the single-copy subscription to OD.  By way of example, the invoice and subscription agreement for the single-copy subscription to OD, in effect on March 27, 2015 (the "OD Agreement"), specifically states that "[b]y payment hereof, you hereby acknowledge receipt, review and acceptance of Energy Intelligence's terms and conditions shown below."  A copy of the aforementioned invoice and subscription agreement is annexed hereto as Exhibit E.

38.     The OD Agreement further states in part that "[a]ll unauthorized reproductions, or disseminations or other uses of material contained in the EIG Services shall be deemed willful infringement of EIG's copyright and/or other proprietary and intellectual property rights." *Id.*

14

39.        No agreement has ever authorized Defendant to copy, transmit, or forward the OD

Copyrighted Works, including the March 27, 2015 OD Copyrighted Work, in violation of

Plaintiffs' registered copyrights.

40.        Defendant has accepted the terms and conditions in the subscription agreements

provided by Plaintiffs, including the OD Agreement.

**D.        Defendant's PIW Subscription History**

41.        From at least as early as 1982 through June 13, 2016, Defendant maintained a single-

copy subscription to PIW.

42.        Defendant received PIW by print delivery until on or about May 8, 2002, when

Defendant elected to receive its single copy of PIW via web access, whereby Defendant had

password-protected access to current issues of the publication pursuant to a subscription

agreement.

43.        From at least as early as 1982, Plaintiffs transmitted to Defendant an invoice and

subscription agreement on an annual basis for the renewal of its single-copy subscription to PIW.

By way of example, the subscription agreement for the single-copy subscription to PIW, in effect

on May 21, 2012 (the "PIW Agreement"), attached hereto as Exhibit F, specifically states that

"[b]y payment hereof, you hereby acknowledge receipt, review and acceptance of Energy

Intelligence's Terms and Conditions shown below!"

44.        The PIW Agreement further states in part that "[a]ll unauthorized reproductions, or

disseminations or other uses of material contained in the EIG Services shall be deemed willful

infringement of EIG's copyright and/or other proprietary and intellectual property rights." *Id.*

45.      No agreement has ever authorized Defendant to copy, transmit, or forward the PIW Copyrighted Works, including the March 30, 2015 PIW Copyrighted Work, in violation of Plaintiffs' registered copyrights.

46.      Defendant has accepted the terms and conditions in the subscription agreements provided by Plaintiffs, including the PIW Agreement.

**E.      Defendant's Infringement of Plaintiffs' Copyrighted Works**

47.      On or about March 27, 2015, Plaintiffs' employee Derrick Dent spoke with Galen Menard, an employee of Defendant, as part of a routine sales call.  Upon information and belief, Mr. Menard is Defendant's vice president of supply and trading.

48.      During the phone call, Mr. Menard told Mr. Dent that Defendant's employee Leanne Flickinger received OD from EIG via email and then forwarded copies of OD to Mr. Menard and Defendant's CEO James Loving on a daily basis.

49.      Upon information and belief, Defendant's email system is highly secure and only those individuals or entities that Defendant designates may access the system.

50.      Upon information and belief, Defendant's email system cannot be accessed by the general public or by Plaintiffs.

51.      Upon information and belief, Defendant has been regularly and systematically copying and forwarding the OD Copyrighted Works and the articles contained therein since at least as early as 2004.

52.      Upon information and belief, Defendant has been regularly and systematically copying and forwarding the PIW Copyrighted Works and the articles contained therein to its senior management and employees since at least as early as 2004.

53.     Upon information and belief, Defendant actively and willfully concealed its regular and systematic copying and forwarding of the EIG Copyrighted Works and the articles contained therein from Plaintiffs.

54.     Upon information and belief, Defendant's actions of copying and forwarding the EIG Copyrighted Works constitute willful infringement of Plaintiffs' valid and subsisting copyrights in the EIG Copyrighted Works and the articles therein.

**COUNT ONE**
**(COPYRIGHT INFRINGEMENT OF THE EIG COPYRIGHTED WORKS)**

55.     Plaintiffs incorporate the allegations of Paragraphs 1 through 54 as though fully set forth herein.

56.     Plaintiffs were and are the exclusive holder of all right, title, and interest in and to the EIG Copyrighted Works and the articles, as separate and distinct works, contained therein and are the owner of valid copyright registrations and/or pending applications for the EIG Copyrighted Works.  *See* Exhibits C & D.

57.     Each entire publication and the articles contained in the EIG Copyrighted Works are highly original and contain creative expression and independent analysis.  *See* Exhibits A & B.

58.     The EIG Copyrighted Works and the articles contained therein were made available to and were received by Defendant pursuant to subscription agreements.

59.     Upon information and belief, Defendant has for years willfully copied and distributed copies of the EIG Copyrighted Works and the articles contained therein on a consistent and systematic basis, and concealed these activities from Plaintiffs.

60.     Based upon the inclusion of the Copyright Notice and Warnings contained in each of Plaintiffs' publications, the language in the subscription agreements, and the various warnings contained in each of Plaintiffs' publications, including the EIG Copyrighted Works and the

17

weekly transmittal cover emails and notification emails, Defendant was on notice and knew or should have known that the EIG Copyrighted Works were and are protected by the copyright laws, and therefore is unable to assert a defense of innocent infringement.  *See* 17 U.S.C. § 401(d).

61.     Defendant's subscription agreements to the EIG Copyrighted Works prohibit any copying and distributing of any article or issue of OD or PIW, including the March 27, 2015 OD Copyrighted Work and the May 21, 2012 PIW Copyrighted Work.

62.     Upon information and belief, Defendant willfully infringed the copyrights in the EIG Copyrighted Works and the articles contained therein by acting with knowledge that its actions constituted infringement, or with reckless disregard that the conduct complained about constitutes infringement.

63.     Defendant's aforesaid acts violate Plaintiffs' exclusive rights under § 106 of the Copyright Act of 1976, 17 U.S.C. § 106, as amended, and constitute willful infringement of Plaintiffs' copyrights in the EIG Copyrighted Works and the articles contained therein. Defendant's past and continuing copying, transmitting and forwarding of Plaintiffs' EIG Copyrighted Works and the articles contained therein constitute a willful, deliberate and ongoing infringement of Plaintiffs' copyrights and are causing irreparable harm and damage to Plaintiffs.

64.     Plaintiffs have no adequate remedy at law.

## PRAYER FOR RELIEF

        WHEREFORE, Plaintiffs demand judgment against Defendant on the foregoing claim as follows:

(1)     That Defendant, its directors, officers, agents, subsidiaries and affiliates and all persons acting by, through, or in concert with any of them, be permanently enjoined

from infringing any copyrights of Plaintiffs in any manner, and from copying, exhibiting, transmitting, displaying, distributing or preparing derivative works from any of the copyrighted material in any past, present or future issue of OD or PIW, including the EIG Copyrighted Works and the articles contained therein;

(2)     That Defendant be required to pay to Plaintiffs such actual damages as it has sustained and/or statutory damages as a result of Defendant's copyright infringement pursuant to 17 U.S.C. § 504;

(3)     That Defendant be required to account for and disgorge to Plaintiffs all gains, profits, and advantages derived from its copyright infringement pursuant to 17 U.S.C. § 504;

(4)     That Defendant be required to pay Plaintiffs an increase in the award of statutory damages due to Defendant's willful infringement pursuant to 17 U.S.C. § 504(c)(2);

(5)     That the Court issue an Order requiring Defendant to hold harmless and indemnify Plaintiffs from any claim(s) raised by any third party who allegedly relied upon any of Plaintiffs' publications it received as a result of Defendant's unauthorized use of the EIG Copyrighted Works;

(6)     That the Court enter judgment against Defendant in favor of Plaintiffs for all claims, including pre-judgment and post-judgment interest, as allowed by law;

(7)     That the Court enter judgment against Defendant finding that its unlawful copying, transmitting, and forwarding of the EIG Copyrighted Works and the articles contained therein is willful;

(8)     That Defendant be ordered to pay Plaintiffs' costs in this action along with reasonable attorneys' fees; and

(9)     That Plaintiffs be granted such further relief as the Court deems just and proper.

Respectfully submitted,


Dated:  August 16, 2016          By:          s/Richard L. Honeyman
                                              Richard L. Honeyman SC# 06116
                                              Kim Donica Farha SC#24389

                                              HITE, FANNING & HONEYMAN L.L.P.
                                              100 N. Broadway St.
                                              Suite 950
                                              Wichita, KS 67202
                                              Telephone: (316) 265-7741
                                              Facsimile: (316) 267-7803
                                              honeyman@hitefanning.com

                                 Of Counsel:  Robert L. Powley
                                              (admitted *pro hac vice*)
                                              Keith E. Sharkin
                                              (admitted *pro hac vice*)
                                              Stephen M. Ankrom
                                              (admitted *pro hac vice*)

                                              POWLEY & GIBSON, P.C.
                                              304 Hudson Street, Suite 202
                                              New York, New York 10013
                                              Telephone: (212) 226-5054
                                              Facsimile: (212) 226-5085

                                              rlpowley@powleygibson.com
                                              kesharkin@powleygibson.com
                                              smankrom@powleygibson.com
                                              Counsel for Plaintiffs
                                              ENERGY INTELLIGENCE GROUP, INC.

20

## DESIGNATION OF PLACE OF TRIAL

The Plaintiffs designate Wichita, Kansas as the place of the trial in this action.

Respectfully submitted,

HITE, FANNING & HONEYMAN LLP

s/Richard L. Honeyman
Richard L. Honeyman
SC# 06116

## JURY DEMAND

The Plaintiffs request a trial by jury with regard to the above-captioned action.

Respectfully submitted,

HITE, FANNING & HONEYMAN LLP

s/Richard L. Honeyman
Richard L. Honeyman
SC# 06116