IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
U.S. District Court
District of Kansas

MAY 2 1 2018

Clerk, U.S. District Court
By_____CM_____Deputy Clerk

ENERGY INTELLIGENCE GROUP, INC.
and ENERGY INTELLIGENCE GROUP
(UK) LIMITED,

*Plaintiffs,*

vs.

Case No. 16-01015-EFM

CHS McPHERSON REFINERY, INC.
(F/K/A NATIONAL COOPERATIVE
REFINERY ASSOCIATION),

*Defendant.*

## VERDICT

We, the jury, return the following verdict:

*Oil Daily*

1.  Has EIG proved that the Refinery infringed EIG's copyrights in *Oil Daily*? Circle your answer.

     YES          NO

If you answer "NO", to question 1, proceed to question 7.

2.  If you answered "YES" to question 1, did the Refinery prove that EIG knew, or should have known through the exercise of reasonable diligence, that Defendant was infringing the copyrights in *Oil Daily* on or before January 18, 2013? Circle your answer.

     YES          NO

3.A.  Did the Refinery prove it had an implied license for *Oil Daily*? Circle your answer.

YES          (NO)

3.B.  ~~B.~~ If so, until what date did the Refinery have an implied license? This date must be on or before March 29, 2012.

DATE: _____

4.  If you answered "YES" to question 2, enter January 18, 2013 below. If you answered "NO" to question 2 but "YES" to question 3.A. enter the date you wrote in question 3.B. below. If you answered "NO" to question 2 and question 3.A., then enter June 1, 2004 below.

DATE: January 18, 2013

5.  Do you find that the Refinery's infringement of *Oil Daily* was willful? Circle your answer.

(YES)          NO

6.  Fill out the chart below indicating the number of works EIG proved were infringed starting with the date you entered in question 4. Identify the time period(s) during which the works were infringed and the statutory damage amount to be awarded for each *Oil Daily* work infringed during that period.

| A. Time Period(s) | B. Number of Works Infringed | C. Statutory Damage Amount per *each* Work Infringed | D. Total Total=Column B x Column C |
|---|---|---|---|
| 1/18/2013 - 1/18/2016 | 571 | $1,500 | $856,500 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

TOTAL $ _856,500_

*Petroleum Intelligence Weekly*

7.  Has EIG proved that the Refinery infringed EIG's copyrights in *Petroleum Intelligence Weekly*? Circle your answer.

   **(YES)**          NO

If you answered "NO" to question 7, skip to question 13.

8.  If you answered "YES" to question 7, did the Refinery prove that EIG knew, or should have known through the exercise of reasonable diligence, that the Refinery was infringing the copyrights in *Petroleum Intelligence Weekly* on or before January 18, 2013? Circle your answer.

   **(YES)**          NO

9.A.  Did the Refinery prove it had an implied license for *Petroleum Intelligence Weekly*? Circle your answer.

   YES          **(NO)**

9.~~B~~.  If so, until what date did the Refinery have an implied license? This date must be on or before June 15, 2015.

   DATE: _____

3

10. If you answered "YES" to either question 8 or 9.A., enter the later of January 18, 2013 and the date you wrote in question 9.B. (if you have a date in question 9.B.). If you answered "NO" to both question 8 and question 9.A., enter May 1, 2004.

DATE: January 18, 2013

11. Do you find that the Refinery's infringement of *Petroleum Intelligence Weekly* was willful? Circle your answer.

(YES)    NO

12. Fill out the chart below indicating the number of works EIG proved were infringed starting with the date you entered in question 10. Identify the time period(s) during which the works were infringed and the statutory damage amount to be awarded for each *Petroleum Intelligence Weekly* work infringed during that period.

| A. Time Period(s) | B. Number of Works Infringed | C. Statutory Damage Amount per *each* Work Infringed | D. Total Total=Column B x Column C |
|---|---|---|---|
| 1/18/2013 - 1/18/2016 | 117 | $2,250 | $263,250 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**TOTAL $ 263,250**

13. Were all your answers unanimous?  Circle your answer.

    (YES)            NO

_May 21, 2018_
Date

_____
Foreperson

5