AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

ENERGY INTELLIGENCE GROUP, INC. et al

Plaintiffs,

V.

CHS McPHERSON REFINERY, INC.

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:16-cv-01015-EFM

☒ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiffs recover from Defendant damages in the amount of One Million One Hundred Nineteen Seven Hundred Fifty Dollars and 0/100 ($1,119,750) plus post-judgment interest at the rate of 2.32% as provided by law.

5/21/2018  
*Date*

TIMOTHY M. O'BRIEN  
*Clerk*

/s Cindy McKee  
*(By) Deputy Clerk*